# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| BILLY SHORT, | : | |
| Plaintiff, | : | 2:21-cv-02730-NIQA |
| v. | : | |
| | : | |
| QYST INC., | : | |
| Defendant. | : | |
| | : | |

# DECLARATION OF MARK J. GOTTESFELD

I, Mark Gottesfeld, declare, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following facts are true and correct:

1. I am an attorney at Winebrake & Santillo, LLC ("W&S") and am personally familiar with the firm's involvement in this litigation.

2. I submit this declaration to provide the Court with information concerning the fee lodestar and litigation expenses incurred by W&S during the litigation.

## W&S's Experience in the Field of Wage and Hour Litigation

3. Since its founding in January 2007, W&S has exclusively represented plaintiffs in employment rights litigation. W&S is a pure contingency fee law firm and is "at risk" in every matter it handles. W&S never requires a client to pay an hourly fee or retainer. If a matter does not result in a money recovery, W&S recovers nothing. This is a very risky business. While W&S has enjoyed substantial success over the years, it also has invested thousands of dollars and attorney hours and on litigation adventures that have fallen flat and resulted in no recovery.

4. W&S lawyers have served as lead counsel in several appeals that have resulted in precedential opinions in the area of wage and hour law. *See Camara v. Mastro's Restaurants. LLC*, 952 F.3d 372 (D.C. Cir. 2020); *Mazzarella v. Fast Rig Support, LLC*, 823 F.3d 786 (3d Cir. 2016); *Resch v. Krapf's Coaches, Inc.*, 785 F.3d 869 (3d Cir. 2015); *McMaster v. Eastern Armored*

1

*Services*, 780 F.3d 167 (3d Cir. 2015); *Knepper v. Rite Aid Corp.*, 675 F.3d 249 (3d Cir. 2012); *Heimbach v. Amazon.com, Inc.*, __ A.3d __, 2021 WL 3059773, 2021 Pa. LEXIS 3047 (Pa. July 20, 2021). In other appeals resulting in precedential opinions, W&S has served as co-counsel, *see, e.g.*, *Bedoya v. American Eagle Express Inc.*, 914 F.3d 812 (3d Cir. 2019); *Parker v. NutriSystem, Inc.*, 620 F.3d 274 (3d Cir. 2010), or has authored *amicus curiae* briefs, *see, e.g.*, *Hargrove v. Sleepy's LLC*, 974 F.3d 467 (3d Cir. 2019); *Marzuq v. Cadete Enterprises, Inc.*, 807 F.3d 431 (1st Cir. 2015); *Chevalier v. General Nutrition Centers, Inc.*, 220 F.3d 1038 (Pa. 2019).[1]

5. At the trial court level, many of W&S's cases are class or collective actions seeking damages on behalf of groups of employees. To date, W&S has resolved 202 separate class/collective actions in courts throughout the United States. *See* Exhibit 1.

6. In addition, W&S has successfully resolved hundreds of "individual" employment rights actions in which a single plaintiff (or a small group of named plaintiffs) alleges violations of federal or state employment laws. In many of these cases, W&S severely discounts its attorney's fee in order facilitate settlement. In October 2016, W&S received the "Guardian Award" from Friends of Farmworkers in recognition of its work on behalf of low-wage workers in individual wage actions in and around Philadelphia.

**W&S Attorneys' Individual Experience**

7. **Pete Winebrake** ("Winebrake") graduated in 1988 from Lehigh University (*magna cum laude*) and in 1991 from Temple University School of Law (*cum laude*), where he served as a Managing Editor of the *Temple Law Review*. Winebrake has been a member of the New York bar since 1993 and the Pennsylvania bar since 1997. He also is admitted in the following federal courts: (i) the United States Supreme Court; (ii) the United States Courts of Appeals for the First,

---

[1] W&S's considerable work on *amicus* briefs is exclusively done on a *pro bono* basis on behalf of worker's rights organizations.

Second, Third, Sixth, and Tenth Circuits; and (iii) the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, Eastern District of New York, Northern District of New York, Southern District of New York, Western District of New York, Northern District of Ohio, Northern District of Illinois, District of Colorado, Southern District of Texas, and Eastern District of Michigan.

8. Prior to founding W&S in January 2007, Winebrake held the following positions: (i) Law Clerk to Justice William R. Johnson of the New Hampshire Supreme Court (9/91-8/92); (ii) Assistant Corporation Counsel at the New York City Law Department's General Litigation Unit (9/92-2/97); (iii) Associate at the Philadelphia law firm of Ballard Spahr Andrews & Ingersoll, LLP (2/97-12/98); (iv) Deputy City Solicitor and, later, Chief Deputy City Solicitor at the Philadelphia Law Department (12/98-2/02); and (v) Non-Equity Partner at the Philadelphia law firm of Trujillo Rodriguez & Richards, LLC (3/02-1/07).

9. Winebrake has personally handled hundreds of civil actions in the United States District Courts and has tried at least 15 federal cases to verdict. The great majority of these civil actions have arisen under the Nation's civil rights or employment rights laws.

10. Winebrake serves *pro bono* on the Mediation Panel of the United States District Court for the Middle District of Pennsylvania. The Martindale-Hubbell Peer Review Rating System gives him an "AV-Preeminent" rating. He has lectured on employment law at many organizations, including: Vanderbilt University School of Law; the Wharton School of Business at the University of Pennsylvania; the Beasley School of Law at Temple University; the University of Pennsylvania Law School; the Earle Mack School of Law at Drexel University; the Pennsylvania Bar Institute; the American Bar Association's Federal Labor Standards Legislation Committee; the Workplace Injury Law & Advocacy Group; the American Association of Justice; the National Employment Lawyers Association; the National Employment Lawyers Association of New York; the Ohio

3

Association of Justice; the Society for Human Resources Management; and the Lackawanna County (PA) Bar Association. Also, in June 2019, Winebrake testified regarding federal overtime standards at the United States House of Representatives' Subcommittee on Workforce Protections of the Committee on Education and Labor.

11. **Mark Gottesfeld** ("Gottesfeld") graduated in 2006 from Lehigh University (*magna cum laude*) and in 2009 from Drexel University Earle Mack School of Law (*cum laude*), where he served as an editor on the *Drexel University Earle Mack School of Law Review*. During law school, Gottesfeld served as a Judicial Intern to Pennsylvania Superior Court Judge Jack A. Panella.

12. Gottesfeld has been a Member of the Pennsylvania and New Jersey bars since 2009 and a member of the New York bar since 2010. He also is admitted to the United States District Courts for the Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of Pennsylvania, District of New Jersey, and Eastern District of Michigan.

13. Prior to joining W&S in 2010, Gottesfeld worked at the Philadelphia firm of Saltz, Mongeluzzi, Barrett & Bendesky, P.C.

14. Gottesfeld has lectured on wage and hour issues at the National Employment Lawyers Association and the Ohio Association of Justice.

### **W&S Attorneys' Hourly Rates**

15. Because W&S works exclusively on a contingency fee basis, it does not send clients legal bills or charge them an hourly rate. However, W&S often submits hourly rates to federal and state courts in seeking the recovery of fees after either a plaintiff has prevailed under a fee-shifting statute or (as is more common) after a class or collective action lawsuit has been settled and the court must approve the requested attorney's fee.

16. W&S has adopted the hourly rates described in the fee schedule published by Community Legal Services of Philadelphia. *See* https://clsphila.org/about-community-legal-

services/attorney-fees/. We have adopted this approach because: (i) the CLS fee schedule has been favorably cited by the Third Circuit, *see United States ex rel. Palmer v. C&D Technologies, Inc.*, 897 F.3d 128, 138 (3d Cir. 2018); *Maldonado v. Houstoun*, 256 F.3d 181, 187-88 (3d Cir. 2001), and by district court judges overseeing cases handled by W&S;[2] (ii) the CLS rates are generally consistent with the rates awarded to W&S in Pennsylvania class action lawsuits in which the CLS rates have not been specifically referenced;[3] and (iii) in W&S's view, the CLS rates promote consistency, predictability, and efficiency in the evaluation of fee requests. Under the CLS schedule, the following rates apply: $670/hr for Winebrake (1991 graduation) and $375/hr for Gottesfeld (2009 graduation).

### Hours Spent by W&S and the Resulting Fee Lodestar

17. W&S attorneys use the firm's case management system to contemporaneously record each case-related activity and the amount of time spent performing the activity in six minute increments.

18. W&S's work on this litigation is reflected in the contemporaneous time records attached at Exhibit 2. These records have been redacted to exclude the substance of attorney-client

---

[2] *See, e.g., Sheridan v. Scranton Quincy Ambulance, LLC*, 2020 U.S. Dist. LEXIS 186032, *3 (M.D. Pa. Oct. 7, 2020); *Mejia v. KVK-Tech, Inc.*, 2020 U.S. Dist. LEXIS 162235, *4, 13 (E.D. Pa. Sept. 4, 2020); *Ogunlana v. Atlantic Diagnostic Laboratories LLC*, 2020 U.S. Dist. LEXIS 55619, *11 (E.D. Pa. Mar. 31, 2020); *Hall v. Accolade, Inc.*, 2020 U.S. Dist. LEXIS 52632, *31-32 (E.D. Pa. Mar. 25, 2020); *Shiptoski v. SMG Group, LLC*, 2020 U.S. Dist. LEXIS 8864, *5 (M.D. Pa. Jan. 16, 2020); *Boa v. Novesa USA Inc.*, 2019 U.S. Dist. LEXIS 4112, *3 (E.D. Pa. Jan. 4, 2019); *Kreamer v. Grant Production Testing Services, Inc.*, 2018 U.S. Dist. LEXIS 121417, *3 (M.D. Pa. July 17, 2018); *Roxberry v. Snyders-Lance, Inc.*, 2017 U.S. Dist. LEXIS 193573, *6 (M.D. Pa. Nov. 15, 2017); *DiClemente v. Adams Outdoor Advertising, Inc.*, 2016 U.S. Dist. LEXIS 88394, *12-13 (M.D. Pa. July 8, 2016).

[3] *See, e.g., Whitfield v. Trinity Restaurant Group, LLC*, 2019 U.S. Dist. LEXIS 182055, *11 (E.D. Mich. Oct. 3, 2019); *Kofsky v. Salerno*, 2018 U.S. Dist. LEXIS 169463, *1 n. 3 (E.D. Pa. Sept. 25, 2018); *Tavares v. S-L Distribution Co., Inc.*, 2016 U.S. Dist. LEXIS 57689, *53 (M.D. Pa. May 2, 2016); *Ford v. Lehigh Valley Restaurant Group, Inc.*, 2016 U.S. Dist. LEXIS 31732, *3 n.2 (M.D. Pa. Mar. 10, 2016); *Young v. Tri County Sec. Agency, Inc.*, 13-cv-5371, 2014 U.S. Dist. LEXIS 62931, *27 (E.D. Pa. May 7, 2014).

communications, the mental impressions of W&S attorneys, and the substance of settlement discussions protected under F.R.E. 408.[4]

19. As indicated in the time records, W&S has spent 33.2 hours and incurred a total fee lodestar of $18,232.00:

| NAME | TOTAL HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Peter Winebrake | 19.6 | $670 | $13,132.00 |
| Mark J. Gottesfeld | 13.6 | $375 | $5,100 |
| **TOTALS** | **33.2** | | **$18,232.00** |

### W&S's Litigation Expenses

20. To date, W&S incurred a total of $472.50 in expenses in connection with this litigation. These expenses consist of the $400 federal court filing fee and $72.50 for service of process fee.

**I HEREBY DECLARE, UNDER PENALTY OF PERJURY AND PURSUANT TO 28 U.S.C. § 1746, THAT THE ABOVE FACTS ARE TRUE AND CORRECT:**

January 25, 2022  
Date                                    Mark J. Gottesfeld

---

[4] Of course, un-redacted versions of the time records are available for the Court's *in camera* inspection.

# Exhibit 1

|  | **Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments** | | | | |
|---|---|---|---|---|---|
| <u>Case Name</u> | <u>Court/Forum</u> | <u>Judge/Arbitrator</u> | <u>Date of Approval or Judgment</u> | <u>Type</u> | <u>Co-Counsel?</u> |
| Otto v. Pocono Medical Center, 4:06-cv-01186-JEJ | M.D. Pa. | John E. Jones, III | 5/4/2007 | Collective | No |
| Rodriguez-Fargas v. Hatfield Quality Meats, Inc., 2:06-cv-01206-LS | E.D. Pa. | Lawrence F. Stengel | 5/29/2007 | Class | Yes |
| Miller v. Antenna Star Satellites, Inc.,3:06-cv-00647-ARC | M.D. Pa. | A. Richard Caputo | 5/29/2007 | Collective | Yes |
| Sisko v. Wegmans Food Markets, Inc., 3:06-cv-00433-JMM | M.D. Pa. | James M. Munley | 8/27/2007 | Class | No |
| Evans/Smith, v. Lowe's Home Centers, Inc., 3:03-cv-00438/3:03-cv-00384-ARC | M.D. Pa. | A. Richard Caputo | 9/4/2007 | Collective | Yes |
| Diehl/Smith v. Lowe's Home Centers, Inc., 3:06-cv-01464/3:03-cv-00384-ARC | M.D. Pa. | A. Richard Caputo | 1/4/2008 | Class | Yes |
| Malec v. Kost Tire & Muffler, et al., 3:07-cv-00864-ARC | M.D. Pa. | A. Richard Caputo | 1/2/2008 | Collective | No |
| Dunn v. National Beef Packing Company, LLC, 4:07-cv-01599-JEJ | M.D. Pa. | John E. Jones, III | 5/27/2008 | Collective | No |
| Blasi v. United Financial Management Group, Inc., 3:06-cv-01519-JMM | M.D. Pa. | James M. Munley | 6/19/2008 | Collective | No |
| Palmer v. Michael Foods, Inc., 3:07-cv-02136-TIV | M.D. Pa. | Thomas I. Vanaskie | 11/25/2008 | Collective | No |
| Coluccio v. U.S. Remodelers, Inc., 1:09-cv-00819-JHR | D.N.J. | Joseph H. Rodriguez | 12/15/2009 | Collective | No |
| Shabazz v. Asurion Corporation, 3:07-cv-00653-AT | M.D. Tenn. | Aleta A. Trauger | 2/26/2009 | Collective | No |
| In re Cargill Meat Solutions Corp. Wage and Hour Litig., 3:06-cv-00513-WJN | M.D. Pa. | William J. Nealon | 3/6/2009 | Collective | Yes |
| Golpe v. The Wedge Medical Center, P.C., 2:08-cv-04504-JF | E.D. Pa. | John P. Fullam | 3/11/2009 | Collective | No |
| Banks, v. New Vitae, Inc. and Tri County Respite, Inc., 5:08-cv-04212-LS | E.D. Pa. | Lawrence F. Stengel | 3/26/2009 | Collective | No |
| Weatherly v. Michael Foods, Inc., 8:08-cv-00153-JFB | D. Neb. | Joseph F. Bataillon | 4/15/2009 | Collective | Yes |
| Gallagher v. Bayada Nurses, Inc., No. 071000392 | Philadelphia C.C.P. | Idee C. Fox | 4/21/2009 | Class | No |
| Ray v. Krapf's Coaches, Inc., 2:08-cv-05097-DS | E.D. Pa. | David R. Strawbridge | 9/10/2009 | Collective | No |
| Miller v. Titanium Metals Corporation, 2:07-cv-04759-GP | E.D. Pa. | Gene E.K. Pratter | 9/30/2009 | Collective | No |
| Mayan v. Rydbom Express, Inc., 2:07-cv-02658-LS | E.D. Pa. | Lawrence F. Stengel | 12/2/2009 | Collective | No |
| Herd v. Specialty Surfaces International, Inc., 2:08-cv-01790-JCJ | E.D. Pa. | J. Curtis Joyner | 1/26/2010 | Collective | No |
| Morales v. Aaron Healthcare, Inc., 2008-C-5128 | Lehigh C.C.P. | Brian Johnson | 2/1/2010 | Class | No |
| In re Pilgrim's Pride Fair Labor Standards Act Litig., 1:06-cv-01832-HFB | W.D. Ark. | Harry F. Barnes | 4/2/2010 | Collective | Yes |
| Williams v. Owens & Minor, Inc., 2:09-cv-00742-JD | E.D. Pa. | Jan E. Dubois | 7/28/2010 | Collective | No |
| Crisostomo v. Exclusive Detailing, Inc., 2:08-cv-01771-SRC-MAS | D.N.J. | Michael A. Shipp | 9/15/2010 | Collective | Yes |
| Gallagher v. Lackawanna County, 3:07-cv-00912-CCC | M.D. Pa. | Christopher C. Connor | 10/5/2010 | Collective | No |
| Herrarte v. Joe Jurgielewicz & Sons, Ltd., 5:09-cv-02683-RK | E.D. Pa. | Robert F. Kelly | 10/27/2010 | Collective | No |
| King v. Koch Foods of Mississippi, LLC, 3:06-cv-00301-DPJ | S.D. Miss. | Daniel P. Jordan | 11/29/2010 | Collective | Yes |
| McEvoy v. The Container Store, Inc., 1:09-cv-05490-KMW | D.N.J. | Karen M. Williams | 12/17/2010 | Collective | No |
| Hilborn v. Sanofi Pasteur, 3:09-cv-02032-ARC | M.D. Pa. | A. Richard Caputo | 1/18/2011 | Collective | No |
| Alexander/Campbell/Marrero v. KRA Corporation, 09-cv-02517/10-cv-01778/09-cv-02516-JF | E.D. Pa. | John P. Fullam | 1/28/2011 | Collective | Yes |
| Duvall v. Tri County Access Company, Inc., 2:10-cv-00118-RCM | W.D. Pa. | Robert C. Mitchell | 3/30/2011 | Class | No |
| Gibbons v. V.H. Cooper & Company, Inc., 3:10-cv-00897-JZ | N.D. Ohio | Jack Zouhary | 4/18/2011 | Class | Yes |
| Turner v. Mercy Health System, No. 080103670 | Philadelphia C.C.P. | Idee C. Fox | 4/20/2011 | Class | Yes |
| Vanston v. Maxis Healthy System, No. 080605155 | Philadelphia C.C.P. | Idee C. Fox | 4/20/2011 | Class | Yes |
| Dixon v. Dunmore Oil Company, 3:09-cv-00064-ARC | M.D. Pa. | A. Richard Caputo | 4/27/2011 | Collective | No |
| In re Tyson Foods, Inc., 4:06-cv-00143-CDL | M.D. Ga. | Clay D. Land | 9/15/2011 | Collective | Yes |
| Cover v. Feesers, Inc., 1:10-cv-00282-JEJ | M.D. Pa. | John E. Jones, III | 10/11/2011 | Collective | No |
| Muschulitz v. Holcomb Behavioral Health Systems, 5:11-cv-02980-JKG | E.D. Pa. | James K. Gardner | 12/15/2011 | Collective | No |
| Johnson v. Krapf's Coaches, Inc., 2:11-cv-06974-BMS | E.D. Pa. | Berle M. Schiller | 2/22/2012 | Collective | No |
| McCray v. The Progressions Companies, Inc., 2:11-cv-07364-HB | E.D. Pa. | Harvey Bartle, III | 3/2/2012 | Collective | No |
| Slator v. Allscripts-Misys Healthcare Solutions, Inc., 1:10-cv-01069-GLS-RFT | N.D.NY | Gary L. Sharpe | 4/4/2012 | Collective | No |
| Smith v. Ameriplan Corporation, 4:10-cv-00075-ALM | E.D. Tx. | Amos L. Mazzant | 8/9/2012 | Collective | No |
| In re Creditron Financial Corp. (Lepkowski v. Creditron Financial Corp.), 08-11289-TPA | W.D. Pa. Bkr. | Thomas P. Agresti | 8/31/2012 | Collective | No |
| Fazio v. Automotive Training Center, 2:11-cv-06282-DS | E.D. Pa. | David R. Strawbridge | 9/24/2012 | Collective | No |
| Jean-Charles v. AAA Warman Home Care LLC, No. 110702236 | Philadelphia C.C.P. | Mary Colins | 9/28/2012 | Class | No |
| Thomas v. Cescaphe Limited, LLC, 1:11-cv-04359-BMS | E.D. Pa. | Berle M. Schiller | 10/3/2012 | Class | No |
| Harkin v. LA Weight Loss, LLC, 2:12-cv-01411-AB | E.D. Pa. | Anita Brody | 11/8/2012 | Collective | No |
| Grajales v. Safe Haven Quality Care, LLC, 2010-cv-15102 | Dauphin C.C.P. | Andrew H. Dowling | 11/8/2012 | Class | No |
| Grayson v. Register Tapes Unlimited, Inc., et al., 8:11-cv-00887-RWT | D. Md. | Roger W. Titus | 11/26/2012 | Collective | Yes |

| | | | | | |
|---|---|---|---|---|---|
| **Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments** | | | | | |
| <u>Case Name</u> | <u>Court/Forum</u> | <u>Judge/Arbitrator</u> | <u>Date of Approval or Judgment</u> | <u>Type</u> | <u>Co-Counsel?</u> |
| Craig v. Rite Aid Corporation 4:08-cv-02317-JEJ | M.D. Pa. | John E. Jones, III | 1/7/2013 | Class | Yes |
| Knecht v. Penn Psychiatric Center, 2:12-cv-00988-CSMW | E.D. Pa. | Carol S. Moore Wells | 3/6/2013 | Collective | No |
| Thompson v. RGT Management, Inc., 2:11-cv-02573-AJT | W.D. Tenn. | Arthur J. Tarnow | 3/21/2013 | Collective | Yes |
| Kelsh v. First Niagara Financial Group, Inc., 2:12-cv-01202-PBT | E.D. Pa. | Petrese B. Tucker | 4/8/2013 | Class | No |
| Stewart v. World Communications Charter School, 2:12-cv-04993-RB | E.D. Pa. | Ronald L. Buckwalter | 5/9/2013 | Class | No |
| Edelen v. American Residential Services, LLC, 8:11-cv-2744-DKC | D. Md. | Deborah K. Chasnow | 7/22/2013 | Class | Yes |
| Ciarrocchi v. Neshaminy Electrical Contractors, Inc., 2:12-cv-06419-JHS | E.D. Pa. | Joel H. Slomsky | 9/5/2013 | Collective | No |
| LeClair v. Diakon Lutheran Social Ministries, Case No. 2010-C-5793 | Lehigh C.C.P. | Michele A. Varricchio | 8/14/2013 | Class | Yes |
| Essame v. SSC Laurel Operating Company, LLC, 8:10-cv-03519-WGC | D. Md. | William G. Connelly | 10/16/2013 | Class | Yes |
| Ming v. SNL Enterprises, L.P., 5:11-cv-03873-RBS | E.D. Pa. | Barclay R. Surrick | 11/29/2013 | Collective | No |
| Bolletino v. Cellular Sales of Knoxville, Inc. 3:12-cv-00138-TC-HBG | E.D. Tenn. | Tena Campbell | 11/29/2013 | Collective | Yes |
| Wagner v. Cali, 5:12-cv-03226-JLS | E.D. Pa. | Jeffrey L. Schmehl | 1/23/2014 | Collective | No |
| Ginter/Robinson-Gibbs v. RBS Citizens, NA., 1:12-cv-00008-M-PAS/1:13-cv-00182-PAS | D.R.I. | John J. McConnell, Jr. | 2/4/2014 | Class | Yes |
| Glatts v. Crozer-Keystone Health System, No. 090401314 | Philadelphia C.C.P. | Mark I. Bernstein | 2/6/2014 | Class | Yes |
| Galowitch v. Wells Fargo Bank, N.A., No. 130302298 | Philadelphia C.C.P. | Mark I. Bernstein | 3/5/2014 | Class | No |
| Young v. Tri County Security Agency, Inc., 2:13-cv-05971-BMS | E.D. Pa. | Berle M. Schiller | 5/7/2014 | Class | No |
| Cuevas v. Citzens Financial Group, Inc., 1:10-cv-05582-RM | E.D.N.Y. | Robert M. Levy | 5/7/2014 | Class | Yes |
| Sakalas v. Wilkes-Barre Hospital Company, LLC, 3:11-cv-00546-RDM | M.D. Pa. | Robert D. Mariani | 5/8/2014 | Class | Yes |
| Kershner v. Hat World, Inc., No. 120803352 | Philadelphia C.C.P. | Jacqueline F. Allen | 5/29/2014 | Class | No |
| Sacknoff v. Lehigh County, 5:13-cv-04203-EGS | E.D. Pa. | Edward G. Smith | 7/18/2014 | Collective | No |
| Oliver v. Abercrombie & Fitch Stores, Inc., No. 121102571 | Philadelphia C.C.P. | Jacqueline F. Allen | 7/21/2014 | Class | No |
| Kiefer v. Moran Foods, Inc., 3:12-cv-00756-WGY | D. Conn. | William G. Young | 7/31/2014 | Class | Yes |
| Lynch v. Lawrenceburg NH Operations, LLC, 1:13-cv-00129-WJH | M.D. Tenn. | William J. Haynes | 9/26/2014 | Collective | Yes |
| Farley v. Family Dollar Stores, Inc., et al., 1:12-cv-00325-RPM | D. Colo. | Raymond P. Moore | 10/30/2014 | Class | Yes |
| Warcholak v. Payless ShoeSource, Inc., No. 130901010 | Philadelphia C.C.P. | Idee C. Fox | 10/30/2014 | Class | Yes |
| Young v. Catherines, Inc., 2:13-cv-03288-CMR | E.D. Pa. | Cynthia M. Rufe | 11/12/2014 | Collective | Yes |
| Morrow v. County of Montgomery, 2:13-cv-01032-DS | E.D. Pa. | David R. Strawbridge | 11/26/2014 | Collective | Yes |
| Anderson v. The Scotts Company, LLC, No. 131100504 | Philadelphia C.C.P. | Idee C. Fox | 12/3/2014 | Class | Yes |
| Euceda v. Millwood, Inc., 3:12-cv-00895-MEM | M.D. Pa. | Malachy E. Mannion | 12/9/2014 | Class | Yes |
| Reid v. Newalta Environmental Services, Inc., 1:13-cv-03507-CMA-CBS | D. Colo. | Christine M. Arguello | 2/19/2015 | Collective | Yes |
| Stallard v. Fifth Third Bank, 2:12-cv-01092-MRH | W.D. Pa. | Mark R. Hornak | 2/25/2015 | Collective | Yes |
| Magloire v. The Ellison Nursing Group, LLC, No. 120203202 | Philadelphia C.C.P. | Jacqueline F. Allen | 3/12/2015 | Class | No |
| Beal v. Claire's Stores, Inc., No. 131001989 | Philadelphia C.C.P. | Idee C. Fox | 3/18/2015 | Class | Yes |
| Beck v. Bed Bath & Beyond Inc., No. 131100176 | Philadelphia C.C.P. | Idee C. Fox | 3/18/2015 | Class | Yes |
| Jones v. Alliance Inspection Management, LLC, 2:13-cv-01662-NBF-CRE | W.D. Pa. | Nora Barry Fischer | 3/23/2015 | Collective | No |
| Menendez v. Precise Point, Inc., et al., No. 140300610 | Philadelphia C.C.P. | Mary Colins | 3/25/2015 | Class | No |
| Calarco v. Healthcare Services Group, Inc., 3:13-cv-00688-RDM | M.D. Pa. | Robert D. Mariani | 4/7/2015 | Collective | No |
| Kelkis v. TruGreen Limited Partnership, No. 121101024 | Philadelphia C.C.P. | Jacqueline F. Allen | 5/14/2015 | Class | Yes |
| Chung v. Wyndham Vacation Resorts, Inc., 3:14-cv-00490-RDM | M.D. Pa. | Robert D. Mariani | 6/15/2015 | Collective | No |
| McMaster v. Earstern Armored Services, Inc., 3:11-cv-05100-TJB | D.N.J. | Tonianne J. Bongiovanni | 6/24/2015 | Collective | No |
| Valincius v. Express, Inc., No. 140702282 | Philadelphia C.C.P. | Idee C. Fox | 6/24/2015 | Class | No |
| Hoelsworth v. New York & Company, Inc., No. 140403750 | Philadelphia C.C.P. | Patricia A. McInerney | 7/27/2015 | Class | No |
| Puglisi. v. TD Bank, N.A., 2:13-cv-00637-GRB | E.D.N.Y. | Gary R. Brown | 7/30/2015 | Class | Yes |
| Mazzarella v. Fast Rig Support, LLC et al, 3:13-cv-02844-MEM | M.D. Pa. | Malachy E. Mannion | 7/31/2015 | Collective | No |
| Lappas v. The Scotts Company, LLC, No. 140904450 | Philadelphia C.C.P. | Idee C. Fox | 8/5/2015 | Class | Yes |
| Pew v. Finley Catering Co., Inc., 2:14-cv-04246 | E.D. Pa. | Marilyn Heffley | 8/10/2015 | Collective | No |
| James v. Ann, Inc., et. al, No. 140903652 | Philadelphia C.C.P. | Gary S. Glazer | 8/17/2015 | Class | No |
| Carroll v. Guardian Home Care Holdings, Inc., 3:14-cv-01722-WJH | M.D. Tenn. | William J. Haynes, Jr. | 8/31/2015 | Class | Yes |
| Morris v. M.D. Enterprises, et. al, 3:15-cv-00018-ARC | M.D. Pa. | A. Richard Caputo | 10/5/2015 | Class | No |
| Worthington v. Kymar Home Care, Inc. et al., No. 141203411 | Philadelphia C.C.P. | Gary S. Glazer | 10/9/2015 | Class | No |
| Acevedo v. Moon Site Management, Inc., 2:13-cv-06810 | E.D. Pa. | Timothy R. Rice | 10/15/2015 | Class | Yes |

| | Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments | | | | |
|---|---|---|---|---|---|
| **Case Name** | **Court/Forum** | **Judge/Arbitrator** | **Date of Approval or Judgment** | **Type** | **Co-Counsel?** |
| Neal v. Air Drilling Associates, Inc., 3:14-cv-01104-JMM | M.D. Pa. | James M. Munley | 12/8/2015 | Collective | No |
| Ross v. Baha Petroleum Consulting Corp., 4:14-cv-00147-DLH-CSM | D.N.D. | Daniel L. Hovland | 1/8/2016 | Collective | Yes |
| Pacheco v. Vantage Foods, Inc., 1:14-cv-01127-CCC | M.D. Pa. | Christopher C. Connor | 2/11/2016 | Class | Yes |
| Ford et al v. Lehigh Valley Restaurant Group, Inc., 3:14-cv-00227-JMM | M.D. Pa. | James M. Munley | 3/11/2016 | Class | No |
| LaPan v. Dick's Sporting Goods, Inc., 1:13-cv-11390-RGS | D. Mass. | Richard G. Stearns | 3/25/2016 | Class | Yes |
| Stanek v. Keane Frac NC, LLC, 3:15-cv-01005-RDM | M.D. Pa. | Robert D. Mariani | 3/25/2016 | Class | No |
| Harrison v. Flint Energy Services, Inc., 4:15-cv-00962-MWB | M.D. Pa. | Matthew W. Brann | 4/15/2016 | Collective | No |
| Tavares v. S-L Distribution Co., Inc., 1:13-cv-01313-JEJ | M.D. Pa. | John E. Jones, III | 5/2/2016 | Class | Yes |
| Eld v. TForce Energy Services, Inc., Inc., 2:15-cv-00738-CB | W.D. Pa. | Cathy Bissoon | 5/17/2016 | Collective | No |
| Metzler, et al. v. Weis Markets, Inc., CV-15-2103 | Northumberland C.C.P. | Charles H. Saylor | 6/6/2016 | Class | Yes |
| Alvarez, et al. v. KWLT, LLC, 5:14-cv-07075-JFL | E.D. Pa. | Joseph F. Leeson | 6/9/2016 | Collective | Yes |
| Hughes v. ACHIEVA Support, GD-15-003562 | Allegheny C.C.P. | R. Stanton Wettick, Jr. | 7/7/2016 | Class | No |
| DiClemente v. Adams Outdoor Advertising, Inc., 3:15-cv-00596-MEM | M.D. Pa. | Malachy E. Mannion | 7/8/2016 | Collective | No |
| Johnson v. Kestrel Engineering, Inc., 2:15-cv-02575-EAS-EPD | S.D. Ohio | Edmund A. Sargus, Jr. | 9/22/2016 | Collective | Yes |
| Iwaskow v. JLJJ, Inc., 3:15-cv-01934-ARC | M.D. Pa. | A. Richard Caputo | 9/28/2016 | Collective | No |
| Fischer et al. v. Kmart Corporation, 3:13-cv-04116-DEA | D.N.J. | Douglas E. Arpert | 11/2/2016 | Class | Yes |
| Cikra et al v. Lami Products, LLC, 2:15-cv-06166-WB | E.D. Pa. | Wendy Beetlestone | 11/10/2016 | Class | Yes |
| Schaub v. Chesapeake & Delaware Brewing Company, LLC, 2:16-cv-00756-MAK | E.D. Pa. | Mark A. Kearney | 11/14/2016 | Class | No |
| Wajert v. Infocision Management Corporation, 2:15-cv-01325-DSC | W.D. Pa. | David S. Cercone | 12/1/2016 | Collective | No |
| DeLair v. CareAll Management, LLC, 3:15-cv-01095-AAT | M.D. Tenn. | Aleta A. Trauger | 12/14/2016 | Collective | Yes |
| Waggoner v. U.S. Bancorp, 5:14-cv-01626-SL | N.D. Ohio | Sara Lioi | 12/26/2016 | Collective | Yes |
| Loveland-Bowe v. National Healthcare Corporation, 3:15-cv-01084-WDC | M.D. Tenn. | Waverly D. Crenshaw, Jr. | 1/5/2017 | Collective | Yes |
| Paine v. Intrepid U.S.A., Inc., 3:14-cv-02005-WDC | M.D. Tenn. | Waverly D. Crenshaw, Jr. | 1/6/2017 | Collective | Yes |
| Flatt v. LHC Group, Inc. et al, 2:16-cv-00014-KHS | M.D. Tenn. | Kevin H. Sharp | 3/1/2017 | Collective | Yes |
| Smith et al v. Miller Flooring Company, Inc., 2:16-cv-00330-LAS | E.D. Pa. | Lynne A. Sitarski | 3/13/2017 | Collective | No |
| Crevatas v. Smith Managemant and Consulting, LLC, 3:15-cv-02307-MEM | M.D. Pa. | Malachy E. Mannion | 3/22/2017 | Collective | Yes |
| Hodzic v. FedEx Package System, Inc., 2:15-cv-00956-NBF | W.D. Pa. | Nora Barry Fischer | 3/28/2017 | Collective | Yes |
| Kelly v. FedEx Ground Package System, Inc., 3:08-cv-00336-RLM | N.D. Ind. | Robert L. Miller | 4/28/2017 | Class | Yes |
| Brackley v. Red Robin Gourmet Burgers, Inc., 2:16-cv-00288-GRB | E.D.N.Y. | Gary R. Brown | 6/6/2017 | Class | Yes |
| Kampfer v. Fifth Third Bank et al, 3:14-cv-02849-JJH | N.D. Ohio | Jeffrey J. Helmick | 6/15/2017 | Collective | Yes |
| Gauger v. Brothers, Inc., 2:16-cv-00603-DS | E.D. Pa. | David R. Strawbridge | 6/19/2017 | Collective | No |
| Simpson, et al. v. CareSouth HHA Holdings, LLC, 3:16-cv-00079-AAT | M.D. Tenn. | Aleta A. Trauger | 6/22/2017 | Collective | Yes |
| Sowder v. CareSouth HHA Holdings, LLC, 3:16-cv-00906-AAT | M.D. Tenn. | Aleta A. Trauger | 6/22/2017 | Collective | Yes |
| Waltz v. Aveda Transportation and Energy Services, Inc., 4:16-cv-00469-MWB | M.D. Pa. | Matthew W. Brann | 7/7/2017 | Collective | No |
| Bland v. Harvest Chadds Ford, LLC, 2:16-cv-04773-NIQA | E.D. Pa. | Nitza I. Quinones Alejandro | 8/9/2017 | Collective | No |
| Derrick v. Cenergy International Services, LLC, et al., 4:16-cv-1352 | S.D. Tex. | David Hittner | 8/9/2017 | Collective | Yes |
| Bankalter v. S-L Distribution Company, Inc., 2017-SU-000549 | York C.C.P. | Richard K. Renn | 8/23/2017 | Class | Yes |
| Kuhn v. Branch Banking & Trust Corporation, No. 160500229 | Philadelphia C.C.P. | Nina Wright Padilla | 9/8/2017 | Class | No |
| Breauchy v. CareGivers America, LLC, 16-cv-3638 | Lackawanna C.C.P. | Margaret Bisignani Moyle | 9/14/2017 | Class | Yes |
| Molina v. Perfection Foods Company, Inc., et al, 2:16-cv-00859-JPH | E.D. Pa. | Jacob P. Hart | 10/23/2017 | Collective | Yes |
| Peters v. Zahav, LLC, 2:16-cv-06637-TR | E.D. Pa. | Timothy R. Rice | 10/24/2017 | Class | No |
| Roxberry et al v. Snyders-Lance, Inc. et al., 1:16-cv-02009-JEJ | M.D. Pa. | John E. Jones, III | 11/15/2017 | Class | Yes |
| Corbin v. CFRA, LLC, 1:15-cv-00405-CCE-JEP | M.D.N.C. | Catherine C. Eagles | 2/5/2018 | Collective | Yes |
| Sexton v. JDK Management Company, L.P., et al, 1:16-cv-01594-JEJ | M.D. Pa | John E. Jones, III | 2/5/2018 | Collective | No |
| Wolfe v. TCC Wireless, LLC, 1:16-cv-11663 | N.D Ill. | Maria Valdez | 3/12/2018 | Class | Yes |
| Santos v. El Gallito Mexican Bakery II LLC, et al., 5:16-cv-06309-EGS | E.D. Pa. | Edward G. Smith | 3/12/2018 | Collective | Yes |
| Trevorah v. Linde Corporation, 3:16-cv-00492-JMM | M.D. Pa. | James M. Munley | 4/13/2018 | Collective | Yes |
| Persing v. Ideal Concepts Inc., 5:16-cv-03825-JLS | E.D. Pa. | Jeffrey L. Schmehl | 7/17/2018 | Collective | No |
| Kreamer v. Grant Production Testing Services Inc., 4:15-cv-01075-MWB | M.D. Pa. | Matthew W. Brann | 7/17/2018 | Class | Yes |
| Underwood v. Harvest Moorestown LLC, 1:17-cv-00550-JS | D.N.J. | Joel Schneider | 7/24/2018 | Collective | No |
| Broach v. CK Franchising, Inc., et al., AAA No. 01-16-0000-2234 | American Arbitration Association | Edith Dinneen | 8/14/2018 | Class | Yes |

| Winebrake & Santillo, LLC - Class/Collective Wage and Overtime Settlements and Judgments ||||||
|---|---|---|---|---|---|
| **Case Name** | **Court/Forum** | **Judge/Arbitrator** | **Date of Approval or Judgment** | **Type** | **Co-Counsel?** |
| Teixeira v. Walters & Mason Retail, Inc., 2:18-cv-00717-RK | E.D. Pa. | Robert F. Kelly | 9/6/2018 | Collective | No |
| Carpenter v. Allpoints Courier Service, Inc., 1:17-cv-02043-JBS-AMD | D.N.J. | Jerome B. Simandle | 9/11/2018 | Collective | No |
| Bowden v. GHHS Healthcare LLC, 7:17-cv-00143-HL | M.D. Ga. | Hugh Lawson | 9/27/2018 | Collective | Yes |
| Cook v. Sunny Days in Home Care LLC, 2015-7144 | Washington C.C.P. | Michael J. Lucas | 10/11/2018 | Class | Yes |
| Wojtaszek v. Bald Eagle Fuel & Tire, Inc., 4:17-cv-01888-RDM | M.D. Pa. | Robert D. Mariani | 11/28/2018 | Collective | No |
| Underwood, et al. v. KMC Enterprises, Inc., AAA Case No. 01-17-0003-9334 | American Arbitration Association | Richard C. McNeill | 5/1/2019 | Collective | No |
| Dembele v. Parc Restaurant Partners, L.P., No. 171200223 | Philadelphia C.C.P. | Ramy I. Djerassi | 6/26/2019 | Class | No |
| Behrens v. MLB Advanced Media, L.P., 1:18-cv-03077-PAE | S.D.N.Y. | Paul A. Engelmayer | 7/9/2019 | Class | Yes |
| Breauchy v. Alma Health, LLC, 2015-CV-01366 | Dauphin C.C.P. | Andrew H. Dowling | 7/22/2019 | Class | No |
| Smith-Centz v. Safran Turney Hospitality, 2:18-cv-04055-CFK | E.D. Pa. | Chad F. Kenney | 7/23/2019 | Class | No |
| Mojer v. Americare Home Solutions LLC, 3:18-cv-00470-ARC | M.D. Pa. | A. Richard Caputo | 8/12/2019 | Collective | No |
| Passe v. 500 Jansen, Inc. et al., CV-2016-010362-BCD | Delaware C.C.P. | Barry C. Dozor | 8/14/2019 | Class | Yes |
| Hackman v. J.G. Wentworth Home Lending, LLC, No. 180401276 | Philadelphia C.C.P. | Gary S. Glazer | 9/9/2019 | Class | Yes |
| Whitfield v. Trinity Restaurant Group, LLC, 2:18-cv-10973-DML | E.D. Mich. | David M. Lawson | 10/4/2019 | Collective | Yes |
| VanOrden v. Lebanon Farms Disposal, Inc., 1:17-cv-01310-CCC | M.D. Pa. | Christopher C. Connor | 10/18/2019 | Class | No |
| Layer v. Trinity Health Corporation, 2:18-v-2358-TR | E.D. Pa. | Timothy R. Rice | 10/18/2019 | Class | No |
| Alward v. Marriott International, Inc., 1:18-cv-2337-PAG | N.D. Ohio | Patricia A. Gaughan | 11/18/2019 | Class | Yes |
| Morris v. Public Health Management Corp., et al., 2:17-cv-04620-AB | E.D. Pa. | Anita Brody | 11/19/2019 | Collective | No |
| Padovano v. FedEx Ground Package System, Inc., 16-cv-00017-FPG | W.D.N.Y. | Frank P. Geradi | 11/25/2019 | Class | Yes |
| Shiptoski v. SMG Group, LLC, 16-cv-1216-RDM | M.D. Pa. | Robert D. Mariani | 1/16/2020 | Class | No |
| Rodriguez v. Joseph P. Riley & Sons Moving, Inc., No. 190200198 | Philadelphia C.C.P. | Gary S. Glazer | 2/11/2020 | Class | No |
| Bell v. CoWorx Staffing Services, LLC, et al., 5:18-cv-02833-EGS | E.D. Pa. | Edward G. Smith | 2/11/2020 | Class | Yes |
| Maples v. Premier Care & Staffing Services, Inc., 2:19-cv-04209-MAK | E.D. Pa. | Mark A. Kearney | 2/26/2020 | Collective | No |
| Hall v. Accolade, Inc., 2:17-cv-03423-GEKP | E.D. Pa. | Gene E.K. Pratter | 3/25/2020 | Class | Yes |
| In re Aramark Bonus Litigation, 2:19-cv-00687-JP | E.D. Pa. | John R. Padova | 6/10/2020 | Class | Yes |
| Knapp v. Susquehanna Village Facility Operations, LLC, 3:18-cv-01941-RDM | M.D. Pa. | Robert D. Mariani | 6/18/2020 | Class | No |
| Travis v. Asociacion Puertorriquenos en Marcha, Inc., 2:18-cv-05015-GJP | E.D. Pa. | Gerald J. Pappert | 7/20/2020 | Collective | No |
| Meijia v. KVK-Tech, Inc., 2:19-cv-04841-JDW | E.D. Pa. | Joshua D. Wolson | 9/4/2020 | Collective | Yes |
| Nunez v. Moses Construction, Inc., et al., No. 180800610 | Philadelphia C.C.P. | Ramy I. Djerassi | 9/24/2020 | Class | Yes |
| Carr v. Flowers Foods, Inc., et al., 15-cv-06391-WB | E.D. Pa. | Wendy Beetlestone | 9/29/2020 | Class | Yes |
| Sheridan v. Scranton Quincy Ambulance, LLC, 3:19-cv-00479-MCC | M.D. Pa. | Martin C. Carlson | 10/7/2020 | Collective | No |
| Zapata v. B. Coleman Flooring Installation, LLC et al., 1:18-cv-01134-TJK | D.D.C. | Timothy J. Kelly | 10/21/2020 | Collective | Yes |
| Shaw v. Tabor Community Partners, 2:19-cv-01620-JMY | E.D. Pa. | John Milton Younge | 12/2/2020 | Collective | No |
| Sicklesmith v. Hershey Entertainment & Resorts Company, 1:19-cv-01675-JEJ | M.D. Pa. | John E. Jones, III | 12/30/2020 | Collective | No |
| Lucas v. Heartfelt Home Healthcare, Inc., 1:20-cv-00029-WSH | W.D. Pa. | W. Scott Hardy | 2/3/2021 | Collective | No |
| Rivera v. Martin's Famous Pastry Shoppe, Inc., 1:20-cv-00438-JPW | M.D. Pa. | Jennifer P. Wilson | 2/16/2021 | Class | Yes |
| Camara v. Mastro's Restaurants LLC, 1:18-cv-00724-GMH | D.D.C. | G. Michael Harvey | 6/23/2021 | Collective | Yes |
| Simard v. Alan Kunsman Roofing and Siding Inc., 5:20-cv-3366-EGS | E.D. Pa. | Edward G. Smith | 6/28/2021 | Collective | No |
| Brown v. Lyndon City Diner, Inc., 1:19-cv-1227-JEJ | M.D. Pa. | John E. Jones, III | 7/26/2021 | Collective | No |
| Contrera v. E&M Associates LLC, 1:16-cv-3851-LTS | S.D.N.Y. | Gabriel W. Gorenstein | 7/28/2021 | Class | Yes |
| Johnson v. Blackout Investigations & Security Services, Inc., 8:19-cv-02487-TJS | D. Md. | Timothy J. Sullivan | 9/3/2021 | Collective | Yes |
| Lancaster, et al v. FQSR LLC, 8:19-cv-02632-TJS | D. Md. | Timothy J. Sullivan | 9/13/2021 | Collective | Yes |
| Gofton v. Kforce Inc., 2:20-cv-4886-TR | E.D. Pa. | Timothy R. Rice | 9/30/2021 | Class | Yes |
| Devine v. NorthEast Treatment Centers, Inc., 2:20-cv-2417-ER | E.D. Pa. | Eduardo C. Robreno | 10/14/2021 | Collective | No |
| Chaparro v. All American Home Care, LLC, No. 190900728 | Philadelphia C.C.P. | Leon W. Tucker | 10/27/2021 | Class | Yes |
| Del Valle v. Empire Home Health Care Inc., 2:20-cv-4335-CMR | E.D. Pa. | Cynthia M. Rufe | 11/8/2021 | Class | No |
| Mode v. S-L Distribution Company, 3:18-cv-150-KDB-DSC | W.D.N.C. | Kenneth D. Bell | 11/12/2021 | Collective | Yes |
| Anderson/Williams v. Liberty Healthcare Corp., 2:20-cv-3014/21-cv-691-RAL | E.D. Pa. | Richard A. Lloret | 11/22/2021 | Collective | No |
| Breslin v. MPW Industrial Water Services, Inc., 3:21-cv-00582-MCC | M.D. Pa. | Martin C. Carlson | 1/6/2022 | Collective | No |
| Houser v. Thirty, Inc., 5:20-cv-05087-JFL | E.D. Pa. | Joseph F. Leeson | 1/11/2022 | Collective | No |

# Exhibit 2

| Attorney | Date | Task | Detail | Time |
|---|---|---|---|---|
| Winebrake | 5/4/2020 | Incoming Correspondence | EMAIL FR REF CSL W/ INTAKE INFO. (.1) | 0.1 |
| Winebrake | 5/6/2020 | Phone Call | REV OF REGS AND PC W/ CLT AND ▓▓▓. (1.5) | 1.5 |
| Winebrake | 5/8/2020 | Outgoing Correspondence | EMAIL EXCH W/ CLT AND REF CSL RE STATUS AND ▓▓▓ (.1) | 0.1 |
| Winebrake | 5/14/2020 | Administrative | SAVE DOCS FR CLT AND EMAIL PROPOSING MTG NEXT WEEK. (.1) | 0.1 |
| Winebrake | 5/19/2020 | Phone Call | PC W/ CLT AND ▓▓▓. (.3) | 0.3 |
| Winebrake | 5/19/2020 | Outgoing Correspondence | EMAIL TO CLT AND REF CSL CONFIRMING ▓▓▓ (.1) | 0.1 |
| Winebrake | 7/15/2020 | Phone Call | CALL CLT AND LV VM STATING THAT ▓▓▓ (.1) | 0.1 |
| Winebrake | 7/16/2020 | Phone Call | PC W/ CLT AND ▓▓▓ (.1) | 0.1 |
| Winebrake | 8/6/2020 | Outgoing Correspondence | EMAIL TO REF CSL RE STATUS. (.1) | 0.1 |
| Winebrake | 8/18/2020 | Outgoing Correspondence | STATUS REPORT TO REF CSL. (.1) | 0.1 |
| Winebrake | 9/21/2020 | Phone Call | PC W/ CLT AND ▓▓▓. (.1) | 0.1 |
| Winebrake | 9/21/2020 | Outgoing Correspondence | EMAIL TO CLT AND REF CSL RE ▓▓▓ (.1) | 0.1 |
| Winebrake | 5/10/2021 | Phone Call | PC W/ CLT AND ▓▓▓ (.3) | 0.3 |
| Winebrake | 5/12/2021 | Legal Papers/Research | DRAFT AND SEND REP AGREEMENT TO CLT. (.2) | 0.2 |
| Winebrake | 5/18/2021 | Phone Call | PC W/ CLT AND HE IS RETURNING REP AGREEMENT. (.1) | 0.1 |
| Winebrake | 6/17/2021 | Legal Papers/Research | WORK ON COMPLAINT AND REV DOCS AS NECESSARY AND PC W/ CLT RTO CONFIRM VAR FACTS. (2.0) | 2 |
| Winebrake | 6/18/2021 | Legal Papers/Research | FINALIZE COMPLAINT AND PREPARE ALL EDPA FOMS AND FILE ALL. (1.3) | 1.3 |
| Winebrake | 6/28/2021 | Legal Papers/Research | REV SUMONS FR CLERK AND SEND TO MJG FOR SERVICE AND UPDATE CMS TO ADD JUSGE. (.1) | 0.1 |
| Winebrake | 7/6/2021 | Phone Call | RETURN PC FR ATTY DEBRA TRUSCELLO ▓▓▓ | 0.1 |
| Winebrake | 7/29/2021 | Legal Papers/Research | REV AND SAVE ORDER RE SEEKING DEFAULT AND CAL DLN. (.1) | 0.1 |
| Winebrake | 7/29/2021 | Outgoing Correspondence | EMAIL TO DEBRA (THE LAWYER WHO CALLED) TELLING HER ABOUT THE "DEFAULT" ORDER; THEN SHE CALLS AND I TELL HER SAME BUT SHE SAYS SHE IS NOT REPRESENTING DEF BUT SHE WILL FORWARD MY EMAIL TO THE COMPANY. (.3) | 0.3 |
| Winebrake | 7/30/2021 | Outgoing Correspondence | EMAIL EXCH W/ TEMPORARY DEF CSL AGREEING TO 20-DAY EXTENSION. (.1) | 0.1 |
| Winebrake | 8/4/2021 | Legal Papers/Research | REV LET AND STIP AND SIGN AND RETURN SAME; ENTER NEW DEF CSL INTO CMS. (.2) | 0.2 |
| Winebrake | 8/9/2021 | Legal Papers/Research | REV ORDER SETTING RESPONSIVE PLEADING DLN AND EMAIL CLT RE SAME. (.1) | 0.1 |
| Winebrake | 8/22/2021 | Legal Papers/Research | REV GOLDNER EOA AND ADD HIM TO THE CASE MND CHANGE HIS ADDRESS INFO IN CMS; REV BONEBREAK W/D AND CHANGE CMS.. (.1) | 0.1 |
| Winebrake | 8/22/2021 | Legal Papers/Research | REV ANSWER AND AFF DEFENSES. (.2) | 0.2 |
| Winebrake | 9/10/2021 | Outgoing Correspondence | EMAILS TO CLT AND REF CSL RE STATUS. (.1) | 0.1 |
| Winebrake | 9/21/2021 | Legal Papers/Research | REV CT ORDER RE VIDEO ARBS AND COMPLETE AND FILE CONSENT TO SAME. (.2) | 0.2 |

| Attorney | Date | Task | Detail | Time |
|---|---|---|---|---|
| Winebrake | 9/28/2021 | Phone Call | PC W/ DEF CSL AND AGREE THAT WE WILL MAKE A SETTLEMENT DEMAND. (.2) | 0.2 |
| Winebrake | 10/5/2021 | Phone Call | REV CT ORDERS RE ARB AND CALENDAR SAME AND EMAIL TO CLT RE SAME AND RE HIS AVAILABILITY TO DISCUSS DAMAGES. (.2) | 0.2 |
| Winebrake | 10/8/2021 | Phone Call | PC W/ CLT AND RUN THROUGH DAMAGES ANALYSIS (SEE HAND NOTES) (.7) | 0.7 |
| Winebrake | 10/28/2021 | Settlement | DRAFT REVISE FINALIZE AND SEND DETAILED EMAIL TO DEF CSL JUSTIFYING AND MAKING SETTLEMENT DEMAND. (1.0) | 1 |
| Winebrake | 10/28/2021 | Outgoing Correspondence | EMAIL TO CLT RE THE SETTLEMENT DEMAND. (.2) | 0.2 |
| Winebrake | 11/11/2021 | Discovery | PRELIM REV OF DEF'S INITIAL DISCOVERY REQUESTS. (.3) | 0.3 |
| Winebrake | 11/11/2021 | Discovery | PREP AND SERVE AUTO DISCLOSURES AND INTERVIEW PLF RE SAME. (1.3) | 1.3 |
| Winebrake | 11/11/2021 | Discovery | DRAFT REVISE FINALIZE AND SERVE INITIAL DOCUMENT REQUESTS AND INTERROGS AND RI=ULE 30B6 DEPOSITION NOTICES; REV FILE AS NECESSARY; SERVE FINAL VERSIONS. (3.2) | 3.2 |
| Winebrake | 11/12/2021 | Phone Call | PC W/ DEF CSL RE THE DISCOVERY ISSUES AND ALSO AGREE THAT WILL DO ALL THE DEPOSITIONS ON 12/15 AND THAT I WILL MAKE A NEW DEMAND. (.3) | 0.3 |
| Winebrake | 11/12/2021 | Settlement | EMAIL TO TO DEF CSL DROPPING TO IN RESPONSE TO THE OFFER. (.1) | 0.1 |
| Winebrake | 11/30/2021 | Outgoing Correspondence | EMAIL EXCH W/ DEF CSL. (.1) | 0.1 |
| Winebrake | 12/12/2021 | Legal Papers/Research | REV AND ORGANIZE CLT EMAILS FOR PRODUCTION. (.6) | 0.6 |
| Winebrake | 12/12/2021 | Settlement | DROP TO IN RESPONSE TO THE OFFER. (.1) | 0.1 |
| Winebrake | 12/14/2021 | Phone Call | PC W/ GOLDNER AND HE SAYS THAT THE BIG ARGUMENTS ARE (.3) | 0.3 |
| Winebrake | 12/14/2021 | Phone Call | PC W/ CLT AND DISCUSS (.3) | 0.3 |
| Winebrake | 12/14/2021 | Phone Call | PC W/ HAROLD AND TELL HIM (.1) | 0.1 |
| Winebrake | 12/14/2021 | Outgoing Correspondence | EMAILS CONFIRM THAT SETTLED FOR $25K. (.1) | 0.1 |
| Winebrake | 12/16/2021 | Outgoing Correspondence | EMAILS W/ DEF CSL RE CONFIDENTIALITY AND SCOPE OF RELEASE ISSUES; PULL MATERIALS TOOGETHER FOR HIM. (.5) | 0.5 |
| Winebrake | 12/18/2021 | Legal Papers/Research | REV CT ORDERS. (.1) | 0.1 |
| Winebrake | 12/27/2021 | Phone Call | PC W/ DEF CSL AND EMPHASIZE THAT NEED TO LIMIT RELEASE AND CONFIDENTIALITY. (.2) | 0.2 |
| Winebrake | 12/27/2021 | Legal Papers/Research | REV DEF'S PROPOSED SETTLEMENT ASGREEMNT AND EMAIL DEF CSL RE SAME. (.2) | 0.2 |
| Winebrake | 12/29/2021 | Legal Papers/Research | REV AND REDLINE DEF'S PROPOSED SETTLEMENT AGREEMENT; EMAIL SAME TO DEF CSL ALONG W/ W-9 FORM. (.5) | 0.5 |
| Winebrake | 12/29/2021 | Phone Call | PC W/ CLT AND (.1) | 0.1 |
| Winebrake | 1/3/2022 | Legal Papers/Research | REV FINAL VERSION OF SETTLEMENT AGREEMENT AND EMAIL SAME TO CLT VIA DOCUSIGN; EMAIL EXCH W/ DEF CSL RE SAME; REV DEF LET TO CT RE SETTLEMENT. (.3) | 0.3 |
| Winebrake | 1/4/2022 | Legal Papers/Research | REV NOTICE RE CANCELLATION OF ARB AND MAKE VAR ADJUSTMENTS TO CMS. (.1) | 0.1 |

| Attorney | Date | Task | Detail | Time |
|---|---|---|---|---|
| Winebrake | 1/10/2022 | Outgoing Correspondence | REV AND SAVE EXECUTED SETTLEMNT AGREEMENT AND FORWARD SAME TO DEF CSL. (.1) | 0.1 |
| Winebrake | 1/13/2022 | Outgoing Correspondence | EMAIL TO CLT RE STATUS. (.1) | 0.1 |
| Gottesfeld | 6/28/2021 | Miscellaneous | COMPLETED SUMMONS AND ARRANGED FOR SERVICE OF PROCESS. (.2) | 0.2 |
| Gottesfeld | 7/6/2021 | Legal Papers/Research | DRAFTED AND FILED ENTRY OF APPEARANCE. (.1) | 0.1 |
| Gottesfeld | 7/6/2021 | Legal Papers/Research | REVIEWED AND FILED PROOF OF SERVICE FORM. (.1) | 0.1 |
| Gottesfeld | 7/6/2021 | Legal Papers/Research | REVIEWED ENTRY OF APPEARANCE AND PROOF OF SERVICE FORM AS DOCKETED. (.1) | 0.1 |
| Gottesfeld | 8/23/2021 | Legal Papers/Research | READ DEF'S ANSWER AND DEFENSES. (.2) | 0.2 |
| Gottesfeld | 1/14/2022 | Legal Papers/Research | STARTED WORKING ON MOTION AND BRIEF FOR APPROVAL OF SETTLEMENT. LEGAL RESEARCH AS NECESSARY. (7.1) | 7.1 |
| Gottesfeld | 1/17/2022 | Legal Papers/Research | FINISHED DRAFTING MOTION, BRIEF, AND PROPOSED ORDER FOR APPROVAL OF SETTLEMENT. ALSO DRAFTED AND FINALZIED DECLARATION. (5.8) | 5.8 |

| Attorney | Hourly Rate | Hours | Lodestar |
|---|---|---|---|
| Winebrake | $670.00 | 19.6 | $13,132.00 |
| Gottesfeld | $375.00 | 13.6 | $5,100.00 |
| **TOTAL:** | | **33.2** | **$18,232.00** |