# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BILLY SHORT** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 21-2730** |
| v. | : | |
| | : | |
| **QYST INC.** | : | |
| *Defendant* | : | |

# O R D E R

**AND NOW**, this 10th day of June 2022, upon consideration of Plaintiff's *unopposed motion for approval of the settlement*, [ECF 18], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum, the motion is **GRANTED**. Accordingly, the parties' Settlement Agreement, [ECF 18-1], is **APPROVED,** and all claims against Defendant are **DISMISSED**, with prejudice.

To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this mater **CLOSED**.

**BY THE COURT:**

 /s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*